# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ, <br><br> Plaintiff, <br><br> v. <br><br> CHAPPUIS, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-01025-BAM (PC) <br><br> ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT <br><br> (ECF No. 3) |

Plaintiff Guillermo Trujillo Cruz ("Plaintiff"), a state prisoner, proceeded *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 31, 2019, the Court transferred this action to the Sacramento Division of the United States District Court for the Eastern District of California. (ECF No. 2.) Currently before the Court is Plaintiff's motion to proceed *in forma pauperis*, filed August 16, 2019. (ECF No. 3.) As this action has been transferred, Plaintiff's motion to proceed *in forma pauperis* is HEREBY DENIED as moot.

Plaintiff is reminded that all documents he wishes to file in this action should refer to the new case number 2:19-cv-01467-EFB and filed at:

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **August 21, 2019**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1